

FILED
IN OPEN COURT

OCT 16 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-273 |
| v. | Count 1: Straw Purchase of a Firearm<br>(18 U.S.C. § 932(b)(1), (c)(1)) |
| EDWIN ADONAY GIRON BLANCO, | Forfeiture Notice |
| *Defendant.* | |

## CRIMINAL INFORMATION

### COUNT 1
(Straw Purchase of a Firearm)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 2, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, EDWIN ADONAY GIRON BLANCO, did knowingly purchase a firearm, that is, the Glock 30 Gen. 5 .45 ACP pistol bearing serial number CFEH266, in and affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of another person, having reasonable cause to believe that such other person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Section 932(b)(1), (c)(1).)

## FORFEITURE NOTICE

THE UNITED STATES ATTORNEY PROVIDES NOTICE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant is hereby notified that if convicted of Count One of this Criminal Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and 934(a)(1), and Title 28, United States Code, Section 2461(c), the following: (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and (3) all firearms and ammunition involved in or used in the commission of the offense.

The assets subject to forfeiture include, but are not limited to, the following:

(1)    The Glock 30 Gen. 5 .45 ACP pistol bearing serial number CFEH266; and

(2)    All magazines and ammunition seized along with this weapon.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934(a)(1);
Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and
Federal Rule of Criminal Procedure 32.2.)

Lindsey Halligan
United States Attorney

By: _____

Marc J. Birnbaum
Assistant United States Attorney

3